Submitted on record and briefs October 30,
affirmed as modified, and remanded December 3, 1979

In the Matter of the Marriage of
JEWETT,
*Respondent,*
*and*
JEWETT,
*Appellant.*

(No. CC 78 587, CA 14847)

603 P2d 369

Ferris F. Boothe, Portland, filed the brief for appellant.

Steven D. Gerttula, and Anderson, Fulton, Lavis & Van Thiel, Astoria, filed the brief for respondent.

Before Buttler, Presiding Judge, and Gillette and Roberts, Judges.

PER CURIAM

## PER CURIAM

The decree is modified to award reasonable attorney's fees to wife in the trial court to the time of the decree, and the case is remanded to the trial court for a determination of what amount is reasonable.

Affirmed as modified, and remanded. Costs to appellant.